UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RICHARD GOLDEN, ET AL.,

           Plaintiff(s),                           Case No.  15-10795

v.                                                 Honorable  Judith E. Levy

JANG H. LIM,                          Magistrate Judge  Mona K. Majzoub

           Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to Case No.  09-13561 . Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable  Patrick J. Duggan  and Magistrate Judge  Mona K. Majzoub .

                                                        s/Judith E. Levy
                                                          Judith E. Levy
                                                          United States District Judge

                                                        s/Patrick J. Duggan
                                                          Patrick J. Duggan
                                                          United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type:  CIVIL

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: March 10, 2015                             s/ S Schoenherr
                                                     Deputy Clerk

cc:     Parties and/or counsel of record
          Honorable Patrick J. Duggan